FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 20 2017 ★

BROOKLYN OFFICE

So Ordered /s/ KAM
Kiyo A. Matsumoto
U.S. District Judge
July 20, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WYNETTE NEDD on behalf of herself
and all other similarly situated consumers

           Plaintiff,

1:17-cv-02907

**STIPULATION OF DISMISSAL**

-against-

AMERICAN CORADIUS INTERNATIONAL LLC

           Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       July 19th, 2017

Dated: Chagrin Falls, OH 44022
       July 19th, 2017

/s/ Igor Litvak
Igor Litvak, Esq.
The Litvak Law Firm, PLLC
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Facsimile: (718) 989-2908
E-mail: Igor@LitvakLawNY.com

/s/ Michael D. Slodov
Michael D. Slodov, Esq.
Sessions, Fishman, Nathan, Israel
Attorney for the Defendant
15 E Summit St.,
Chagrin Falls, OH 44022
Office: (440) 318-1073
Fax: (216) 359-0049
E-mail: mslodov@sessions.legal